

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-17-00263-CR

_____

**TRENTON EUGENE SINYARD,**

                                                    **Appellant**

 v.

**THE STATE OF TEXAS,**

                                                    **Appellee**

_____

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 40346CR

_____

## ABATEMENT ORDER

_____

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed October 24, 2018

